<u>WEDNESDAY, DECEMBER 02, 2015</u>

<u>Coram</u>: CHAGARES, KRAUSE and GREENBERG, Circuit Judges

<u>S U B M I T T E D</u>

<u>No. 15-2911</u>
Pursuant to 3rd Cir. LAR 34.1(a)

GNANA M. CHINNIAH, a/k/a
Gnanachandra M. Chinniah;
SUGANTHINI CHINNIAH
v.
TOWNSHIP OF EAST PENNSBORO;
JEFFREY S. SHULTZ

Gnana M. Chinniah; Suganthini Chinniah,
Appellants